# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 19-80030-CR-DIMITROULEAS

UNITED STATES

Plaintiff

v.

PHILLIP BRAUN AND BLACKSTONE LABS LLC.

Defendants

FILED BY _____ D.C.

APR 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE WILLIAM MATTHEWMAN | PLAINTIFF'S ATTORNEY DOJ TRIAL ATTY ALISTAIR READER + DAVID FRANK | DEFENDANT'S ATTORNEY BENEDICT KUEHNE, MICHAEL DAVIS |
|---|---|---|
| TRIAL DATE(S) MOTION T GARCIA HRG APRIL 22, 2019 | COURT REPORTER DIANE MILLER | COURTROOM DEPUTY KENNETH J. ZUNIGA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/22/19 | ✓ | ✓ | GOVERNMENT EXHIBIT #S 1-6, 10-38 ADMITTED IN EVIDENCE - SEE ATTACHED GOVERNMENT'S GARCIA HEARING EXHIBIT LIST. |
| | | | | | WITNESSES |
| | | | | | CHRISTOPHER HERRON |
| | | | | | GRANT ROBERTS BY VIDEO CONFERENCE |
| | | | | | AARON CLARK BY VIDEO CONFERENCE |
| | | | | | JARED WHEAT BY VIDEO CONFERENCE |
| | | | | | PHILLIP BRAUN |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80030-CR-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA

vs.

PHILLIP BRAUN, and
BLACKSTONE LABS, LLC, et al.,

        Defendants.
_____/

### GOVERNMENT'S GARCIA HEARING EXHIBIT LIST

1. Nov. 6, 2015 Complaint, <u>Hi-Tech Pharmaceuticals, Inc. et al v. IronMag Labs, LLC, and Robert DiMaggio</u>, Docket No. 1:15-cv-3887-RWS (N.D. Ga.)
2. May 3, 2016 Email from PJ Braun
3. Aug. 17, 2016 Email from David Winsauer
4. Aug. 6, 2016 Email from htpharmac@aol.com
5. Aug. 23, 2016 Text Messages with Phillip Braun, David Winsauer, and Richard "JR" Newton
6. Aug. 13, 2016 Email from PJ Braun
7. Aug. 15, 2014 Email from Blackstone Labs Customer Support
8. Aug. 29, 2014 Email to Blackstone Labs Customer Support
9. Sept. 15, 2014 Email to Blackstone Labs Customer Support
10. Jan 19, 2015 Email to Blackstone Labs Customer Support
11. Jan. 19, 2015 Email from Christopher Herron
12. Feb. 3, 2015 Email from Blackstone Labs Customer Support
13. Mar. 11, 2015 Email to Christopher Herron
14. April 20, 2015 Email from Christopher Herron
15. April 23, 2015 Email from Howard Gaines
16. April 29, 2015 Email from Christopher Herron/FDA Warning Letter
17. June 9, 2015 Email to Christopher Herron
18. July 27, 2015 Email from Christopher Herron
19. Aug. 19, 2015 Email from PJ Braun
20. Oct. 21, 2015 Email from Blackstone Labs
21. Oct. 29, 2015 Email to Christopher Herron
22. Dec. 2, 2015 Email to Christopher Herron
23. Jan. 28, 2017 Email from Christopher Herron/Email to cs@blackstonelabs.com
24. Jan. 9, 2015 Email from Aaron Clark
25. Feb. 10, 2015 Email from Luis Maldonado
26. Feb. 16, 2015 Email from James Boccuzzi

1



27. Mar. 23, 2015 Email from Aaron Singerman
28. Mar. 25, 2015 Email from Aaron Clark
29. June 28, 2015 Email from Aaron Clark
30. June 28, 2015 Email from Aaron Clark (continuation)
31. Sept. 24, 2015 Email from Aaron Clark
32. Oct. 28, 2015 Email from Ashley Ventrella
33. Mar. 23, 2015 Email from Grant Roberts
34. April 6, 2015 Email to Aaron Singerman
35. June 14, 2015 Email from Aaron Singerman
36. Feb. 23, 2016 Email from Grant Roberts
37. Aug. 10, 2016 Email to Grant Roberts
38. Sept. 2, 2016 Email from Matthew Rossi

Dated: April 22, 2019

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

GUSTAV EYLER
ACTING DIRECTOR
CONSUMER PROTECTION BRANCH
U.S. DEPARTMENT OF JUSTICE

_/s/ Alistair Reader_
ALISTAIR F. A. READER
Court ID A5502377
DAVID A. FRANK
Court ID A5500486
Trial Attorneys
450 Fifth Street, NW, Suite 6400-South
Washington, DC 20001
Alistair.F.Reader@usdoj.gov
 (202) 353-9930
David.Frank@usdoj.gov
(202) 307-0061
(202) 514-8742 (facsimile)