UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 19-80030-CR-DMIMITROULEAS

    Plaintiff,

vs.

PHILIP BRAUN, et al.,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Defendant's May 3, 2019 Motion to Transfer [DE-141]. Said motion [DE-141] is Denied for the reasons set forth on the record at the May 3, 2019 hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of May, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record