UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

CASE NO. 19-80030-CR-DIMITROULEAS

vs.

PHILLIP BRAUN
AARON SINGLEMAN
ANTHONY VENTRELLA
JAMES BOCCUZZI
DAVID WINSAUER
BLACKSTONE LABS, LLC
VENTECH LABS, LLC
    Defendant

### ORDER GRANTING CONTINUANCE

This matter having come before the Court on the Defendants Motion's for Continuance. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing May 11, 2020 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called.

**COUNSEL AND DFENDANT(S)** shall report to a Calendar Call to be held on FRIDAY, May 8, 2020, at 9:00 a.m. o'clock. The deadline for filing defensive motions is January 17, 2020. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 12th day of August, 2019.

                    WILLIAM P. DIMITROULEAS
                    United States District Judge

cc:    Alistair Reader, DOJ
        David Frank, DOJ

Benedict Kuehne, Esq.
Richard Lubin, Esq.
Amy Morse, Esq.
Nancy Vorpe Quinlan, Esq.
J. Stephen Salter, Esq.
Robert Buonauro, Esq.
Michael Davis, Esq.
Robert Shearin, Esq.