UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                              CASE NO.  19-80030-CR-DIMITROULEAS

      Plaintiff,

vs.

PHILLIP BRAUN,
et al.,

      Defendants.

_____/

## **O R D E R**

THIS CAUSE is before the Court on Defendant Phillip Braun's Unopposed Motion for

Extension of Time [DE-456], and the Court having considered the motion and being otherwise

fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion for Extension of Time [DE-456] is

Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

1st day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record