

**U.S. Department of Justice**

Consumer Protection Branch

---

**David A. Frank**
Phone:   (202) 307-0061
Fax:       (202) 514-8742
David.Frank@usdoj.gov

**Overnight Delivery Address:**
450 5th Street, NW, Room 6400-South
Washington, DC 20001

**Mailing Address:**
P.O. Box 386
Washington, DC 20044-0386

April 25, 2019

**Sent by Email**

Benedict P. Kuehne, Esq.
Michael T. Davis, Esq.
100 SE 2nd Street, Suite 3550
Miami, FL 33131
Ben.Kuehne@kuehnelaw.com
MDavis@kuehnelaw.com

Richard Lubin Esq.
Amy Morse, Esq.
707 North Flagler Drive
West Palm Beach, FL 33401
rich@lubinlaw.com, debi@lubinlaw.com
amy@morselegal.com

Nancy Vorpe Quinlin, Esq.
515 North Flagler Drive, Suite 701
West Palm Beach, FL 33401
nquinlan@palmbeachdefense.com

J. Stephen Salter, Esq.
8975 Pompano Way
Gulf Shores, AL 36542-8123
umstakwit@aol.com

Robert J. Buonauro, Esq.
722 Vassar Street
Orlando, FL 32804
robert@buonauro.com
lori@buonauro.com

Robert J. Shearin, Esq.
1700 South Federal Highway, Suite 501
Boca Raton, FL 33432
Rlshearin1@yahoo.com

Russell J. Williams, Esq.
633 Southeast 3rd Avenue, Suite 301
Fort Lauderdale, FL 33301
Rjwesquire@aol.com

   Re:   Discovery, <u>U.S. v. Braun, et al.</u>, No. 19-80030-CR-WPD,
         Unindicted Co-conspirators.

Dear Mr. Counsel:

   In response to inquiries from you, we hereby identify the unindicted co-conspirators in the indictment, CM/ECF No. 1, in the above-entitled case.

Letter to Defense Counsel
April 25, 2019
Page 2

Unindicted co-conspirator 1 is John Wesley Houser, IV.

Unindicted co-conspirator 2 is Ashley Ventrella.

Unindicted co-conspirator 3 is Justin Smith.

Unindicted co-conspirator 4 is Richard ("J.R.") Newton.

                                  Very truly yours,

By:    /s/ David A. Frank
          David A. Frank
          Trial Attorney
          Alistair F. Reader
          Trial Attorney