UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 19-80030-CIV-DIMITROULEAS

    Plaintiff,

vs.

PHILLIP BRAUN,
AARON SINGERMAN,
JAMES BOCUZZI and
BLACKSTONE LABS, LLC

    Defendants.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Government's October 5, 2021 Motion in Limine [DE-492]. In this motion, the Government seeks an advisory opinion as to whether certain evidence will be admissible at trial: concealment of controlled substances in 2012; marketing of steroids with knowledge claimed to be from personal use; and false affidavit on July 29, 2015. The Court views it to be a proper use of a motion in limine to prevent the admission of prejudiced and irrelevant evidence, the mere mention of which would deny a party a fair trial. Here, the Court appreciates the "heads up" from the Government as to what they intend on introducing as evidence in the trial, either as intrinsic evidence or 404 (b) evidence. Nevertheless, motions in limine are normally used to exclude potentially prejudicial evidence, not to decide that evidence is going to be admissible in an upcoming trial.

Motions in limine are not designed for a Court to give advisory opinions. Moreover, it is difficult to rule in a vacuum without having the opportunity to see the proffered evidence or testimony in perspective with other evidence in the trial. Rather, motions in limine are best

limited to those issues the mere mention of which would be so prejudicial that it would deprive a party of a fair trial. Normally, even if the Court were to grant a limine motion, it would be granted without prejudice to the adverse party's proffering the evidence, outside the presence of the jury. Should the court deny a motion in limine, it is without prejudice to the party renewing its objection at trial, after the Court has heard other evidence or perhaps the door has been opened to the evidence.

However, the Court is not comfortable in rendering an advisory opinion in a vacuum without having the benefit of hearing other evidence in the case.  Here, the Government is seeking a pre-trial ruling that certain evidence is going to be admissible.

Wherefore, the Motion in Limine [DE-492] is Dismissed without prejudice.  The Government may want to proffer the evidence outside the presence of the jury during the trial.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record