UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 19-80030-CR-DIMITROULEAS
       Plaintiff

vs.

PHILIP BRAUN
AARON SINGERMAN
JAMES BOCCUZZI
BLACKSTONE LABS, LLC

       Defendant

## ORDER GRANTING CONTINUANCE

This matter having come before the Court on a Joint Motion for Continuance. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing November 22, 2021 at 9:00 A.M., or as soon thereafter as the case may be called.

**COUNSEL AND DFENDANT(S)** shall report to a Calendar Call to be held on FRIDAY, November 19,2021, at 10:00 A.M. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 8th day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record
.