UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-80030-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BLACKSTONE LABS, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE is before the Court on the Motions to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 527] ("Motion"), filed on November 13, 2021. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motion [DE 527] is **GRANTED**. Arthur W. Leach, Esq. may appear as co-counsel on behalf of Blackstone Labs, LLC in the above-styled case only. The Clerk shall provide electronic notification of all electronic filings to Arthur W. Leach at Art@ArthurWLeach.com.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record